NO. 07-05-0214-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



JULY 1, 2005


______________________________



GARRY LEE AMES,




 Appellant


v.



THE STATE OF TEXAS, 




 Appellee

_________________________________



FROM THE 69TH DISTRICT COURT OF DALLAM COUNTY;



NO. 3838; HON. RON ENNS, PRESIDING


_______________________________



MEMORANDUM OPINION



__________________________________



Before REAVIS and CAMPBELL, JJ., and BOYD, S.J. (1)

 Pending before the Court is appellant Garry Lee Ames's motion to dismiss his
appeal by which he represents he wishes to withdraw his notice of appeal. The motion is
presented by and through his attorney, but also is personally signed by appellant. Tex. R.
App. P. 42.2(a). No decision of this Court having been delivered to date, the motion is
granted. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained
and our mandate will issue forthwith. 


 

 James T. Campbell

 Justice



Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code
Ann. §75.002(a)(1) (Vernon Supp. 2004).